## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| DERRICK WHITE, | Case No. 1:23-cv-01108 |
| Plaintiff, | Honorable Robert J. Jonker |
| v. | Mag. Judge Sally J. Berens |
| COGNEX CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| William F. Piper (P38636)<br>WILLIAM F. PIPER, PLC<br>9848 Portage Road<br>Portage, Michigan 49002<br>(269) 321-5008<br>wpiper@wpiperlaw.com<br><br>*Attorneys for Plaintiff* | Michael A. Chichester, Jr.  (P70823)<br>Ashley E. Monticciolo (P83378)<br>LITTLER MENDELSON, P.C.<br>500 Woodward Avenue, Suite 2600<br>Detroit, Michigan 48226<br>(313) 446-6400<br>mchichester@littler.com<br>amonticciolo@littler.com<br><br>*Attorneys for Defendant* |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by their respective counsel, having stipulated to the entry of an Order dismissing this case with prejudice and without costs or fees, and the Court being otherwise fully-advised in the premises;

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice and without fees or costs as to any Party.

**IT IS SO ORDERED**.

Dated:  October 25, 2024          /s/ Robert J. Jonker
                          **Hon. Robert J. Jonker**
                          United States District Judge

| | |
|---|---|
| /s/ William F. Piper *(w/consent)* | /s/ Michael A. Chichester, Jr. |
| William F. Piper (P78149) | Michael A. Chichester, Jr.  (P70823) |
| WILLIAM F. PIPER, PLC | LITTLER MENDELSON, P.C. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated:  October 25, 2024 | Dated:  October 25, 2024 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on October 25, 2024, via:

| | | | |
|---|---|---|---|
| ____ | U. S. Mail | ____ | Facsimile |
| X | ECF Filing | ____ | Hand Delivery |
| ____ | E-Mail | ____ | Federal Express |

*/s/ Michael A. Chichester, Jr.*
Michael A. Chichester, Jr.